UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAIME BARNES, | Case No.  2:20-cv-01926-APG-VCF |
| Plaintiff | **ORDER** |
| v. | |
| CHARLES DANIELS, *et al.*, | |
| Defendants | |

**I.      DISCUSSION**

On October 16, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis* for a non-inmate.  (ECF Nos. 1-1, 1). Plaintiff's application to proceed *in forma pauperis* is incomplete.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $400 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Plaintiff has not submitted an application to proceed *in forma pauperis* for an inmate.  Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without prejudice because the application is incomplete.  The Court will grant Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma*

1   *pauperis* containing all three of the required documents.  Plaintiff will file a fully complete

2   application to proceed *in forma pauperis* on or before **December 21, 2020**.  Absent

3   unusual circumstances, the Court will <u>not</u> grant any further extensions of time.  If Plaintiff

4   does not file a fully complete application to proceed *in forma pauperis* with all three

5   required documents on or before **December 21, 2020**, this case will be subject to

6   dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is

7   able to acquire all three of the documents needed to file a fully complete application to

8   proceed *in forma pauperis* or pays the full $400 filing fee.

9       A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the

10  case with the Court, under a new case number, when Plaintiff has all three documents

11  needed to submit with the application to proceed *in forma pauperis*.  Alternatively, Plaintiff

12  may choose not to file an application to proceed *in forma pauperis* and instead pay the

13  full filing fee of $400 on or before **December 21, 2020** to proceed with this case.

14      The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court

15  will not file the complaint unless and until Plaintiff timely files a fully complete application

16  to proceed *in forma pauperis* with all three documents or pays the full $400 filing fee.

17  **II.      CONCLUSION**

18      For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed

19  *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete

20  application to proceed *in forma pauperis* with all three documents.

21      IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the

22  approved form application to proceed *in forma pauperis* by an inmate, as well as the

23  document entitled information and instructions for filing an *in forma pauperis* application.

24      IT IS FURTHER ORDERED that on or before **December 21, 2020**, Plaintiff will

25  either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and

26  the $50 administrative fee) or file with the Court:

27      (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

28      Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

- 2 -

signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before **December 21, 2020**, this case will be subject to dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the full $400 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No.1-1) but will not file it at this time.

DATED:  10-20-2020  _____

_____
UNITED STATES MAGISTRATE JUDGE